IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILLIP MILLER, et al.,**

    **Plaintiffs,**        Case No. 2:13-cv-501
                                     JUDGE GREGORY L. FROST
v.                                       Magistrate Judge Mark R. Abel

**DELAWARE COUNTY
COMMISSIONERS, et al.**

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court for consideration of the parties' joint motion to amend the case scheduling order (ECF No. 42). For good cause shown, the Court **GRANTS** the motion. The preliminary pretrial order (ECF No. 37) and scheduling order (ECF No. 38) are hereby amended as follows:

1. All defendants who remain in this case but have not answered the complaint shall do so on or before March 10, 2014.

2. The parties shall make their Rule 26(a)(1) disclosures on or before June 30, 2014.

3. Any stipulation/motion for leave to amend the pleadings and/or add parties must be filed on or before July 31, 2014.

4. Plaintiffs' Rule 26(a)(2) disclosures, if any, shall be made on or before August 15, 2014.

5. Defendants' Rule 26(a)(2) disclosures, if any, shall be made on or before September 15, 2014.

6. Rebuttal expert disclosures, if any, shall be made on or before October 1, 2014.

7. All discovery must be completed on or before December 1, 2014.

2

8. Dispositive motions shall be filed on or before January 5, 2015.

9. A non-oral hearing on all dispositive motions is scheduled for February 27, 2015.

10. A final pre-trial conference is scheduled for June 1, 2015 at 12:00 p.m.

11. The jury trial is scheduled to commence on Monday, July 6, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

                                  **/s/ Gregory L. Frost**
                                  **GREGORY L. FROST**
                                  **UNITED STATES DISTRICT JUDGE**