**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**PHILLIP MILLER, et al.,**

    Plaintiffs,                             Case No. 2:13-cv-501
                                          **JUDGE GREGORY L. FROST**
v.                                            Magistrate Judge Mark R. Abel

**DELAWARE COUNTY
COMMISSIONERS, et al.**

    Defendants.

## ORDER

Before the Court is Plaintiffs' motion to stay the deadline to respond to Defendants' motion for summary judgment. (ECF No. 66.) The Court **GRANTS** the motion. The deadline for responding to Defendants' motion for summary judgment is hereby **STAYED** until the Court rules on Plaintiffs' pending motion to unseal document and release grand jury testimony filed on January 15, 2015.

    **IT IS SO ORDERED.**

                                                   **/s/ Gregory L. Frost**
                                                   **GREGORY L. FROST
                                                   UNITED STATES DISTRICT JUDGE**